UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−X

| | |
|---|---|
| In Re: | **CHAPTER** 7 |
| Michael B. Mader | **CASE NO.**: 12−15028−scc |

Debtor(s)
−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−X

## AMENDED DISCHARGE OF DEBTOR ORDER OF FINAL DECREE

It has been brought to the Court's attention that the Discharge of Debtor Order of Final Decree entered in this case on April 16, 2013 was not in compliance with The Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 due to a clerical error; and the Debtor having been required to comply with the Bankruptcy Code in effect at the time the discharge order was entered, see *Commissioner of Administrative Services v. Spell (In re Spell)*, 650 F.2d 375, 377 (2d Cir. 1981); it is hereby

**ORDERED** that pursuant to the power of this Court under 11 U.S.C. § 105(a) and Rule 60(a), which states that "[t]he court may correct a clerical mistake or mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice;" and is made applicable to bankruptcy cases under Federal Rule of Bankruptcy Procedure 9024, the order entered by the Court on April 16, 2013 is amended *nunc pro tunc* to comply with the Bankruptcy Code in effect at the time the discharge order was entered.

Dated: September 13, 2017
    New York , New York

/s/ Honorable Shelley C. Chapman
Hon. Shelley C. Chapman
U.S. Bankruptcy Judge

*Inquiries concerning this order may be directed to the Clerk's Office, at 212−668−2870.

United States Bankruptcy Court
Southern District of New York

In re:                                                                      Case No. 12-15028-scc
Michael B. Mader                                                            Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1          User: admin              Page 1 of 2           Date Rcvd: Sep 13, 2017
                              Form ID: 155amend        Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2017.
```
db            #+Michael B. Mader,    536 East 14th Street,    Apartment 13,    New York, NY 10009-3392
tr             +Angela G. Tese-Milner,    Law Offices of Angela Tese-Milner, Esq.,    One Minetta Lane,
                 New York, NY 10012-1206
smg             N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY  12201-0551
smg             New York City Dept. Of Finance,    345 Adams Street, 3rd Floor,
                 Attn: Legal Affairs - Devora Cohn,    Brooklyn, NY  11201-3719
smg            +United States Attorney's Office,    Southern District of New York,
                 Attention: Tax & Bankruptcy Unit,    86 Chambers Street, Third Floor,    New York, NY 10007-1825
6019144        +ALLIED INTERSTATE,    PO BOX 361774,    COLUMBUS, OH 43236-1774
6019145         AMERICAN EXPRESS,    PO BOX 2855,    NEW YORK, NY 10116-2855
6019146         ASSET RECOVERY SOLUTIONS LLC,    2200 E DEVON AVENUE,    SUITE 200,    DES PLAINES, IL 60018-4501
6019147       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: BANK OF AMERICA,    ATTN BANKRUPTCY,    4161 PEIDMONT PKWY,
                 GREENSBORO, NC 27410)
6019149        +CAPITAL ONE,    ATTN BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
6019151        +CHASE,    ATTN BANKRUPTCY,    PO BOX 15145,    WILMINGTON, DE 19850-5145
6019154         COHEN & SLAMOWITZ,    199 CROSSWAYS PARK DRIVE,    WOODBURY, NY 11797-2016
6019155        +DERMATOLOGY ASSOCIATES,    530 FIRST AVENUE,    SUITE 7R,    NEW YORK, NY 10016-6402
6019156        +DR PETER ROSENSTEIN,    C/O IC SYSTEM INC,    PO BOX 64378,    SAINT PAUL, MN 55164-0378
6019157         FIRSTSOURCE ADVANTAGE LLC,    PO BOX 628,    BUFFALO, NY 14240-0628
6019158       ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
               (address filed with court: FORSTER & GARBUS ESQS,    500 BI COUNTY BLVD,    PO BOX 9030,
                 FARMINGDALE, NY 11735-9030)
6019159        +FRONTIER FINANCIAL GROUP,    631 N STEPHANIE STREET,    SUITE 419,    HENDERSON, NV 89014-2633
6019160        +HSBC,    ATTN BANKRUPTCY,    PO BOX 3425,    BUFFALO, NY 14240-3425
6019162        +HSBC BANK,    ATTN BANKRUPTCY,    PO BOX 5213,    CAROL STREAM, IL 60197-5213
6019167        +NATIONAL COLLEGIATE TRUST,    C/O NATIONAL ENTERPRISE SYSTEM,    29125 SOLON ROAD,
                 SOLON, OH 44139-3442
6019169        +PETER A ROSENSTEIN DMD,    30 EAST 60TH STREET,    SUITE 501,    NEW YORK, NY 10022-1087
6019170        +PORTFOLIO RECOVERY ASSOICATES,    100 PARK AVENUE,    SUITE 1600,    NEW YORK, NY 10017-5538
6019172        +SAUK COUNTY CLERK OF COURT,    C/O CREDIT MANAGEMENT CONT,    2509 S STOUGHTON ROAD,
                 MADISON, WI 53716-3314
6019173        +THE BUREAUS INC,    1717 CENTRAL STREET,    EVANSTON, IL 60201-1507
6019174        +WELLS FARGO EDUCATION FIN SERV,    PO BOX 650725,    DALLAS, TX 75265-0725
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Sep 14 2017 00:55:39
                 New York State Tax Commission,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
                 Albany, NY  12205-0300
ust            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Sep 14 2017 00:51:50      United States Trustee,
                 Office of the United States Trustee,    U.S. Federal Office Building,
                 201 Varick Street, Room 1006,    New York, NY 10014-9449
6034298        +E-mail/Text: bnc@atlasacq.com Sep 14 2017 00:50:41      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
6019148        +E-mail/Text: cms-bk@cms-collect.com Sep 14 2017 00:51:41      CAPITAL MANAGEMENT SERVICES,
                 726 EXCHANGE STREET,    SUITE 700,    BUFFALO, NY 14210-1464
6019150        +E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2017 01:15:54      CARE CREDIT,    GE MONEY BANK,
                 PO BOX 960061,    ORLANDO, FL 32896-0061
6019163         E-mail/Text: key_bankruptcy_ebnc@keybank.com Sep 14 2017 00:53:03      KEY BANK,    PO BOX 183051,
                 COLUMBUS, OH 43218-3051
6019164        +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 14 2017 01:02:30      LVNV FUNDING,
                 PO BOX 740281,    HOUSTON, TX 77274-0281
6019165         E-mail/Text: bankruptcydpt@mcmcg.com Sep 14 2017 00:52:04      MIDLAND CREDIT MANAGEMENT,
                 PO BOX 939019,    SAN DIEGO, CA 92193-9019
6019166        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 14 2017 00:52:04      MIDLAND FUNDING LLC,
                 8875 AERO DRIVE, SUITE 200,    SAN DIEGO, CA 92123-2255
6019168         E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Sep 14 2017 00:55:39      NYS DEPT OF TAXATION AND,
                 BANKRUPTCY SECTION,    PO BOX 5300,    ALBANY, NY 12205-0300
6019171        +E-mail/PDF: pa_dc_claims@navient.com Sep 14 2017 01:03:04      SALLIE MAE,    910 HARRISON AVENUE,
                 PANAMA CITY, FL 32401-2528
                                                                                              TOTAL: 11
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0208-1          User: admin              Page 2 of 2            Date Rcvd: Sep 13, 2017
                              Form ID: 155amend        Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2017 at the address(es) listed below:

        Angela G. Tese-Milner    atmtrustee@gmail.com,  atesemilner@ecf.epiqsystems.com
        David I. Pankin    on behalf of Debtor Michael B. Mader info@pankinlaw.com

        TOTAL: 2